Exhibit A-1



Fig. 1

## Screen lock

The lock screen settings menus allow you to lock your phone's screen and enhance the security feature through various options.

- **None** – No security

- **Swipe** – No security

- **Pattern** – Medium security

- **PIN** – Medium to high security

- **Password** – High security

- **Fingerprint** – Medium security See Fingerprint.

Fig. 2



Fig. 3

## *Fingerprint*

Enabling this option requires you to touch the fingerprint sensor to unlock the screen.

**NOTE:** Please remove the USB cable prior to registering your fingerprint for authentication.

**NOTE:** If you fail fingerprint authentication five times, input your backup PIN, pattern, or password.

**NOTE:** Fingerprint cannot be used to unlock the screen after restarting the phone. You must use your backup method, such as pattern, PIN, or password.

**NOTE:** The fingerprint sensor is on the Power key. Before using the fingerprint sensor, make sure the Power key and your finger are clean and dry.

**NOTE:** The fingerprint recognition performance depends on your usage. The phone may have an issue in registering or recognizing fingerprints that have scars or worn down ridges, or if you have scratches on the sensor surface.

**TIP:** To improve fingerprint recognition performance, register the fingerprints that are used most often to perform tasks on the phone.

1. From the Home screen, tap **Apps** ▦ > **Settings** > **Security & location** > **Fingerprint**.

2. Read the message and tap **CONTINUE**.

3. Choose your backup screen lock method and follow the onscreen instructions until you get to the Fingerprint setup screen.

4. Read the message and tap **NEXT**.

5. Touch the tip of your finger on the sensor and lift after you feel a vibration. Repeat it 20 times.

6. If required, name the fingerprint and tap **DONE**.

   – or –

   Tap **ADD MORE** to add more fingerprint. Repeat the same procedure as above and tap **DONE**.

# Fig. 4



Fig. 5

Use Pattern

1. From the Home screen, tap **Apps** ⊞ > **Settings** > **Security & location** > **Screen lock** > **Pattern**.

2. Draw an unlock pattern by connecting at least four dots in a vertical, horizontal, or diagonal direction. Release your finger when done.

3. When the pattern recorded, tap **NEXT**.

4. Draw the pattern again to confirm and tap **CONFIRM**.

To unlock the screen with Pattern:

► Draw the pattern on the locked screen.

**NOTE:** Set Make pattern visible to OFF if you do not want the unlock pattern to display on the screen when you draw it. See Make pattern visible.

Fig. 6

| Display | 5" FHD, (1920 x1080 pixels), 443ppi, Dragontrail™ PRO touchscreen. |

Fig. 7

- **A More Secure and Personal World** — Fingerprint security sensor on the phone's power button for biometric authentication and FIDO® app support allows simpler, stronger authentication for popular mPayment/mCommerce protocols.

Fig. 8



Fig. 9

Use PIN

1. From the Home screen, tap **Apps** ▦ > **Settings** > **Security & location** > **Screen lock** > **PIN**.

2. Enter a PIN, tap **NEXT**, re-enter your PIN, and tap **OK** to save the setting.

To unlock the screen with PIN:

► Enter the PIN and tap **OK** on the locked screen.

Use Password

1. From the Home screen, tap **Apps** ▦ > **Settings** > **Security & location** > **Screen lock** > **Password**.

2. Enter a password, tap **NEXT**, re-enter your password, and tap **OK** to save the setting.

To unlock the screen with Password:

► Enter the password and tap ✓ on the locked screen.

# Fig. 10



# Fig. 11



Fig. 12



Fig. 13

Memory:
64GB ROM/4GB RAM microSDXC memory card slot
(supports up to 512GB)

Fig. 14