**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ALTPASS LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**KYOCERA INTERNATIONAL, INC.,**<br><br>          Defendant. | **Civil Action No.**<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Altpass LLC ("Plaintiff") is a Texas limited liability company. Plaintiff has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED April 26, 2020.                     Respectfully submitted,

                                          By: */s/ Neal Massand*
                                          Neal G. Massand
                                          Texas Bar No. 24039038
                                          nmassand@nilawfirm.com
                                          Timothy T. Wang
                                          Texas Bar No. 24067927
                                          twang@nilawfirm.com
                                          Stevenson Moore V
                                          Texas Bar No. 24076573
                                          smoore@nilawfirm.com


                                          **NI, WANG & MASSAND, PLLC**
                                          8140 Walnut Hill Ln., Ste. 500
                                          Dallas, TX 75231
                                          Tel: (972) 331-4600
                                          Fax: (972) 314-0900

                                          **ATTORNEY FOR PLAINTIFF
                                          ALTPASS LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of April, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      */s/ Neal Massand*
      Neal G. Massand