UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:20-cv-0125

Name of party requesting extension: Kyocera International, Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 5/1/2020

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ____ days

New Deadline Date: 6/21/2020   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jose L. Patino
State Bar No.: CA Bar No. 149568
Firm Name: Eversheds Sutherland (US) LLP
Address: 12255 El Camino Real
Suite 100
San Diego, CA 92130
Phone: 858.252.6502
Fax: 858.252.6503
Email: JosePatino@eversheds-sutherland.com

A certificate of conference does not need to be filed with this unopposed application.