UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:20-cv-0125

Name of party requesting extension: Kyocera International, Inc.

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 5/1/2020

Number of days requested:  ☐ 30 days  ☑ 15 days  ☐ Other _____ days

New Deadline Date: 7/6/2020   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Jose L. Patino

State Bar No.: CA Bar No. 149568

Firm Name: Eversheds Sutherland (US) LLP

Address: 12255 El Camino Real
Suite 100
San Diego, CA 92130

Phone: 858.252.6502

Fax: 858.252.6503

Email: JosePatino@eversheds-sutherland.com

A certificate of conference does not need to be filed with this unopposed application.