**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ALTPASS LLC, | ) |
|     Plaintiff, | ) Case No. 2:20-cv-00125-JRG |
| v. | ) PATENT CASE |
| KYOCERA INTERNATIONAL, INC., | ) JURY TRIAL DEMANDED |
|     Defendant. | ) |

**[PROPOSED] ORDER GRANTING KYOCERA INTERNATIONAL, INC.'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TRANSFER TO SOUTHERN DISTRICT OF CALIFORNIA**

Before the Court is Defendant Kyocera International, Inc.'s Motion to Dismiss Complaint for Improper Venue or, in the Alternative, Transfer to Southern District of California. After consideration of the same, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's litigation against Defendant Kyocera International, Inc. is dismissed without prejudice.