# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:20-cv-00125-JRG |
| | ) |
| v. | ) PATENT CASE |
| | ) |
| KYOCERA INTERNATIONAL, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following individual, pursuant to Local Rule CV-11, hereby enters his appearance as lead counsel of record on behalf of Defendant Kyocera International, Inc.

        Jose L. Patiño
        josepatino@eversheds-sutherland.com
        EVERSHEDS SUTHERLAND (US) LLP
        12255 El Camino Real, Suite 100
        San Diego, CA 92130
        Telephone:     858.252.6502
        Facsimile:     858.252.6503

Dated:  July 6, 2020										Respectfully submitted,

											*/s/ Jose L. Patiño*
											Jose L. Patiño (CA Bar No. 149568)
											   josepatino@eversheds-sutherland.com
											Nicola A. Pisano (CA Bar No. 151282)
											   nicolapisano@eversheds-sutherland.com
											Justin E. Gray (CA Bar No. 282452)
											   justingray@eversheds-sutherland.com
											EVERSHEDS SUTHERLAND (US) LLP
											12255 El Camino Real, Suite 100
											San Diego, CA 92130
											Telephone:	858.252.6502
											Facsimile:	858.252.6503

											*Attorneys for Defendant*
											KYOCERA INTERNATIONAL, INC.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 6th day of July, 2020. Any other counsel of record will be served by first class U.S. Mail on this same date.

                                                 */s/ Jose L. Patiño*
                                                 Jose L. Patiño