# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:20-cv-00125-JRG |
| | ) |
| v. | ) PATENT CASE |
| | ) |
| KYOCERA INTERNATIONAL, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual, pursuant to Local Rule CV-11, hereby enters his appearance as counsel of record on behalf of Defendant Kyocera International, Inc.

> Nicola A. Pisano
> nicolapisano@eversheds-sutherland.com
> EVERSHEDS SUTHERLAND (US) LLP
> 12255 El Camino Real, Suite 100
> San Diego, CA 92130
> Telephone:     858.252.6502
> Facsimile:      858.252.6503

Dated:  July 6, 2020  				Respectfully submitted,


						<u>/s/ Nicola A. Pisano</u>
						Jose L. Patiño (CA Bar No. 149568)
						  josepatino@eversheds-sutherland.com
						Nicola A. Pisano (CA Bar No. 151282)
						  nicolapisano@eversheds-sutherland.com
						Justin E. Gray (CA Bar No. 282452)
						  justingray@eversheds-sutherland.com
						EVERSHEDS SUTHERLAND (US) LLP
						12255 El Camino Real, Suite 100
						San Diego, CA 92130
						Telephone:     858.252.6502
						Facsimile:      858.252.6503

						*Attorneys for Defendant*
						KYOCERA INTERNATIONAL, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 6th day of July, 2020.  Any other counsel of record will be served by first class U.S. Mail on this same date.

/s/ Nicola A. Pisano
Nicola A. Pisano