# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:20-cv-00125-JRG |
| | ) |
| v. | ) PATENT CASE |
| | ) |
| KYOCERA INTERNATIONAL, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual, pursuant to Local Rule CV-11, hereby enters his appearance as counsel of record on behalf of Defendant Kyocera International, Inc.

>Justin E. Gray
>justingray@eversheds-sutherland.com
>EVERSHEDS SUTHERLAND (US) LLP
>12255 El Camino Real, Suite 100
>San Diego, CA 92130
>Telephone:  858.252.6502
>Facsimile:  858.252.6503

Dated:  July 6, 2020                              Respectfully submitted,

                                     */s/ Justin E. Gray*
Jose L. Patiño (CA Bar No. 149568)
   josepatino@eversheds-sutherland.com
Nicola A. Pisano (CA Bar No. 151282)
   nicolapisano@eversheds-sutherland.com
Justin E. Gray (CA Bar No. 282452)
   justingray@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:     858.252.6502
Facsimile:      858.252.6503

*Attorneys for Defendant*
KYOCERA INTERNATIONAL, INC.

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 6th day of July, 2020.  Any other counsel of record will be served by first class U.S. Mail on this same date.

                                                 */s/ Justin E. Gray*
                                                 Justin E. Gray