# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:20-cv-00125-JRG |
| | ) |
| v. | ) PATENT CASE |
| | ) |
| KYOCERA INTERNATIONAL, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT KYOCERA INTERNATIONAL, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Kyocera International, Inc., by and through its undersigned attorneys, states that the parent corporation of Defendant Kyocera International, Inc. is Kyocera Corporation, a publicly-traded Japanese entity.  No other corporation owns 10% or more of the stock of Defendant Kyocera International, Inc.

Dated:  July 6, 2020

Respectfully submitted,

*/s/ Justin E. Gray*
Jose L. Patiño (CA Bar No. 149568)
   josepatino@eversheds-sutherland.com
Nicola A. Pisano (CA Bar No. 151282)
   nicolapisano@eversheds-sutherland.com
Justin E. Gray (CA Bar No. 282452)
   justingray@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:     858.252.6502
Facsimile:      858.252.6503

*Attorneys for Defendant*
KYOCERA INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 6th day of July, 2020. Any other counsel of record will be served by first class U.S. Mail on this same date.

*/s/ Justin E. Gray*
Justin E. Gray
