THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC,<br><br>Plaintiff,<br><br>v.<br><br>KYOCERA INTERNATIONAL, INC.,<br><br>Defendant. | **Civil Action No.** 2:20-cv-0125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING AGREED MOTION TO STAY ALL
PENDING DEADLINES AND NOTICE OF SETTLEMENT**

CAME ON THIS DAY for consideration of the Agreed Motion to Stay All Pending Deadlines and Notice of Settlement between Plaintiff Altpass LLC and Defendant Kyocera International, Inc., and the Court, being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED that all deadlines between Plaintiff Altpass LLC and Defendant Kyocera, Inc. be and are stayed up to and including August 12, 2020.

SO ORDERED.