# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00125-JRG |
| KYOCERA INTERNATIONAL, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Agreed Motion to Stay all Pending Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 14.) Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that any and all deadlines in the above-captioned case are **STAYED** for thirty (30) days from the date of this Order, during which time appropriate dismissal papers should be filed.

**So ORDERED and SIGNED this 14th day of July, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE