# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,**         Plaintiff,<br><br>v.<br><br>**KYOCERA INTERNATIONAL, INC.,**         Defendant. | Civil Action No. 2:20-cv-0125<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), The Plaintiff Altpass, LLC ("Plaintiff") and the Defendant Kyocera International, Inc. ("Defendant"), hereby move for an order dismissing all claims in this action WITH prejudice subject to the terms of that certain agreement entitled "**AGREEMENT**" with each party to bear its own costs, expenses, and attorneys' fees.

DATED August 25, 2020.

Respectfully submitted,

By: */s/ Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Nɪ, Wᴀɴɢ & Mᴀssᴀɴᴅ, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**ALTPASS LLC**

By: */s/ Justin E. Gray*
Justin E. Gray
CA Bar No. 282452
justingray@eversheds-sutherland.com
Jose L. Patiño
CA Bar No. 24067927
josepatino@eversheds-sutherland.com
Nicola A. Pisano
CA Bar No. 151282
nicolapisano@eversheds-sutherland.com

**EVERSHEDS SUTHERLAND (US) LLP**
12255 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 252-6502
Fax: (858) 252-6503

**ATTORNEYS FOR DEFENDANT
KYOCERA INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of August, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Neal Massand*
Neal G. Massand