THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC,<br><br>          Plaintiff,<br><br>v.<br><br>KYOCERA INTERNATIONAL, INC.,<br><br>          Defendant. | Civil Action No. 2:20-cv-0125<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff Altpass LLC ("Plaintiff") and Defendant Kyocera International, Inc. ("Defendant"), in this case and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff Altpass LLC and Defendant Kyocera International, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**".

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.