# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO.  2:20-CV-00125-JRG |
| | § |
| KYOCERA INTERNATIONAL, INC., | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Stipulated Motion for Dismissal with Prejudice (the "Motion"). (Dkt. No. 16.)  Having considered the Motion and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court is of the opinion that the Motion should be and hereby is **GRANTED**.  It is therefore **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.  All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.  Each party is to bear its own costs, attorneys' fees, and expenses.

The Clerk of the Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 26th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE